**Order entered November 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00387-CR
No. 05-15-00999-CR

**PEDRO FIGUEROA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-54250-N, F13-54929-N**

## ORDER

The Court **GRANTS** appellant's motion to reset the due date for his brief.  We **ORDER**

appellant to file his brief within **THIRTY DAYS** of the date of this order.

/s/ ADA BROWN
   JUSTICE